Ex parte TURMAN.

No. 18700.

Court of Criminal Appeals of Texas.

Oct. 14, 1936.

Frank Ivey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

This is an appeal from an order of the district court of Dallas county remanding relator to custody after a hearing in a habeas corpus proceeding.

No statement of facts is brought forward. The record before us shows that relator is legally restrained by the sheriff of Dallas county.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.